**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RONALD NEAL JOSEPH, SR., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | 2:09-cv-00966-HDM-LRL |
| | ) | |
| vs. | ) | |
| | ) | **ORDER ON PLAINTIFFS' OBJECTION** |
| | ) | **TO MAGISTRATE'S RULING** |
| LAS VEGAS METROPOLITAN POLICE | ) | |
| DEPARTMENT, et al. | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is plaintiffs' motion objecting to magistrate's ruling (#31). On September 7, 2010, the court held a hearing in which it addressed one aspect of plaintiffs' objection – the depositions of plaintiffs in Las Vegas – which it denied without prejudice. Consequently, plaintiffs' motion objecting to magistrate's ruling (#31) was denied in part and reserved in part. See Minutes of Proceedings Docket #35. The remaining issues of the motion (#31) were reserved until briefing. *Id.*

Defendants responded to plaintiffs motion objecting to magistrate's ruling on September 7, 2010 (#34). Plaintiffs' reply was due September 17, 2010. No reply was filed.

1 | The court has considered the pleadings and memoranda of the parties and other relevant
2 | matters of record with respect to the remaining portions of plaintiffs' motion objecting to
3 | magistrate's ruling (#31). Accordingly, the remaining portions of plaintiffs' objection to
4 | magistrate's ruling (#31) are DENIED. Plaintiffs shall have twenty (20) days from the date of this
5 | order in which to comply with the magistrate judge's ruling (#29).
6 | IT IS SO ORDERED.
7 | DATED: September 24, 2010.

_____
UNITED STATES DISTRICT JUDGE

2