## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD NEIL JOSEPH, SR., *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| | )   2:09-cv-00966-HDM-LRL |
| v. | ) |
| | )   **MINUTE ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | ) ) ) |
| Defendants. | ) |
| | )   Dated:   December 22, 2010 |

PRESENT:     THE HONORABLE LAWRENCE R. LEAVITT, United States Magistrate Judge

JUDICIAL ASSISTANT:   Carol DePino     RECORDER:                 None

COUNSEL FOR PLAINTIFF(S):                 None Appearing

COUNSEL FOR DEFENDANT(S):                 None Appearing

    Before the court is plaintiffs' Motion to File Documents Under Seal (#42, filed October 7, 2010).  The motion (#42) was filed contemporaneously with and in support of plaintiffs' Motion for Protective Order (#41). The motion for protective order sought protection from plaintiffs having to travel from Louisiana to Las Vegas for depositions.  The undersigned issued an Order (#47) denying the motion for protective order on October 14, 2010. On October 21, 2010, the presiding district judge reversed in part Order (#47), and ordered the depositions to take place by video-conference on November 23, 2010 and further ordered that plaintiffs turn over to defendants a copy of the physician statement which allegedly indicated that plaintiff, Janie Joseph, could not travel to Las Vegas.  Order (#50).  Accordingly,

    IT IS ORDERED that plaintiffs' Motion to File Documents Under Seal (#42) is denied as moot.

                                    **LAWRENCE R. LEAVITT**
                                    **UNITED STATES MAGISTRATE JUDGE**