**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |  |
|---|---|---|
| RONALD NEAL JOSEPH, SR., et al. | ) ) ) | |
| Plaintiffs, | ) ) | 2:09-cv-00966-HDM-LRL |
| vs. | ) ) | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al. | ) ) ) | |
| Defendants. | ) | |

Defendants have filed a motion for summary judgment (#73). Plaintiffs responded to the motion for summary judgment and requested a stay of the motion pending resolution of several outstanding discovery disputes[1] (#85). Plaintiffs simultaneously

---

[1] There are two pending discovery motions: defendants' Motion to Stay Discovery on Plaintiffs' Monell Claim (#75) and plaintiffs' Motion to Extend Discovery Deadlines and for Sanctions (#88).

1 filed a motion to strike exhibits in support of defendants' motion
2 for summary judgment (#86).  Defendants have responded to the
3 motion to strike (#92).
4     Having reviewed the pleadings and papers on file, the court
5 hereby orders that defendants' motion for summary judgement (#73)
6 and plaintiffs' motion to strike (#86) are STAYED until all
7 discovery disputes are resolved and discovery is closed, or until
8 further order of this court.
9     IT IS SO ORDERED.
10     DATED this 9th day of March 2011.

                    _____
                          UNITED STATES DISTRICT JUDGE

2