UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD NEAL JOSEPH, SR., et al. | ) ) ) | |
| Plaintiffs, | ) ) | 2:09-cv-00966-HDM-LRL |
| vs. | ) ) | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al. | ) ) ) | |
| Defendants. | ) ) | |

Before the court is plaintiffs' objection (Docket No. 100) to the magistrate judge's April 25, 2011 order (Docket No. 99), which is erroneously titled "Objection to Magistrate's Ruling [56]". The court shall construe this motion as a motion for this court to reconsider the magistrate judge's April 25, 2011 order (Docket No. 99) that granted defendants' Motion to Stay Discovery on *Monell* Claim (Docket No. 75) and denied plaintiffs' Motion to Extend

1  Discovery Deadlines and For Sanctions (Docket No. 88).  Defendants
2  have responded (Docket No. 101) and plaintiffs have replied (Docket
3  No. 103).
4      The court has considered the pleadings and memoranda of the
5  parties and other relevant matters of record related to plaintiffs'
6  motion (Docket No. 100).  It is well established that the scope of
7  discovery is within the discretion of the court. *U.S. v. Williams*,
8  791 F.2d 1383, 1387 (9th Cir. 1986).  The magistrate judge's ruling
9  (Docket No. 99) is not clearly erroneous, contrary to law and/or an
10 abuse of discretion.  *See* Local Rule IB-1(a); Fed. R. Civ. P. 26,
11 72.  Accordingly, plaintiffs' motion (Docket No. 100) is DENIED
12 and the magistrate judge's ruling (Docket No. 99) is AFFIRMED.
13     IT IS SO ORDERED.
14     DATED this 10th day of June 2011.

                          _____
                          UNITED STATES DISTRICT JUDGE

2