**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

```
RONALD NEAL JOSEPH, SR.,     )
et al.                       )
                             )
         Plaintiffs,         )    2:09-cv-00966-HDM-LRL
                             )
vs.                          )
                             )    ORDER
LAS VEGAS METROPOLITAN POLICE)
DEPARTMENT, et al.           )
                             )
         Defendants.         )
_____)
```

On September 8, 2011, the defendants filed a motion for attorney fees (#121) and a bill of costs (#122). On September 13, 2011, plaintiffs filed their notice of appeal with the U.S. Court of Appeals (#123). On September 26, 2011, plaintiffs opposed the motion for attorney fees (#130) and objected to the bill of costs (#131). The time to reply has passed.

The court may decide the issue of attorney fees pending an appeal. *Schneider v. Elko County Sheriff's Dept.*, 17 F. Supp. 2d

1162 (D. Nev. 1998). However, the court believes that, in the interest of justice, the motion (#121) should be denied without prejudice to renew, should the defendants elect to renew the motion, within thirty (30) days after a final disposition of plaintiffs' appeal. *See* Fed. R. Civ. P. 54(d), Advisory Comm. Note (1993 amendments) ("If an appeal on the merits of the case is taken, the [district] court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice, directing under subdivision (d)(2)(B) a new period for filing after the appeal has been resolved."); *see also Madrid v. Concho Elementary School Dist. No. 6 of Apache County*, 2010 WL 2991562, *1 (D. Ariz. July 26, 2010)(Denying motion for attorney fees without prejudice pending disposition of appeal); *Sovereign Gen. Ins. Servs., Inc. v. Scottsdale Ins. Co.*, 2008 WL 5381813, at *1 (E.D. Cal. Dec. 23, 2008). Therefore, the defendants' motion for attorney fees (#121) is hereby DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED this 18th day of October, 2011.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE