**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RONALD NEAL JOSEPH, SR. and JANE PITRE JOSEPH | ) ) ) | 2:09-CV-00966-HDM-LRL |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT and SARA BRADSHAW, | ) ) ) | |
| Defendants. | | |

_____

    Before this court is the defendants' motion to renew their motions for attorney's fees and bill of costs (#140). The court **grants** the renewal of the defendants' motion for attorney's fees (#121) and the plaintiff's opposition to defendant's motion for attorney's fees (#130) as well as the defendants' bill of costs (#122) and the plaintiff's objection to defendant's bill of costs (#131). The matter is referred to the clerk of the court for taxation of costs.

    **IT IS SO ORDERED**.

    DATED: This 23rd day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE