UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

```
RONALD NEAL JOSEPH, SR. and JANE  )    2:09-CV-00966-HDM-LRL
PITRE JOSEPH                      )
                                  )
            Plaintiffs,           )    ORDER
                                  )
vs.                               )
                                  )
LAS VEGAS METROPOLITAN POLICE     )
DEPARTMENT and SARA BRADSHAW,     )
                                  )
            Defendants.           )
_____
```

   Before this court is the defendants' motion to renew their motions for attorney's fees and bill of costs (#140). The court **grants** the renewal of the defendants' motion for attorney's fees (#121) and the plaintiff's opposition to defendant's motion for attorney's fees (#130) as well as the defendants' bill of costs (#122) and the plaintiff's objection to defendant's bill of costs (#131). The matter is referred to the clerk of the court for taxation of costs.

   **IT IS SO ORDERED**.

   DATED: This 23rd day of May, 2012.

   _____
   UNITED STATES DISTRICT JUDGE