UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD NEAL JOSEPH, SR. and JANE PITRE JOSEPH | ) ) ) | 2:09-CV-00966-HDM-LRL |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT and SARA BRADSHAW, | ) ) ) | |
| Defendants. | ) | |

The court affirms its order granting the defendants' motion to renew (#142) and denies the plaintiffs' motion to strike the defendants' motion to renew (#143).

**IT IS SO ORDERED.**

DATED: This 28th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE